IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RUBY ROBINSON, sister of the late ARTHUR J. GOSHAY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 3:06CV492-SRW ) (WO) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) |

**JUDGMENT**

Upon consideration of the record in this action and the plaintiff's motion for entry of judgment, it is the ORDER, JUDGMENT and DECREE of this court that the decision of the Commissioner on remand, as set forth in the decision of the administrative law judge rendered on July 25, 2008, is AFFIRMED.

Done, this 9th day of March, 2009.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE